IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| UNITED STATES OF AMERICA | ) | CR No.: 3:99-704-JFA |
|---|---|---|
| v. | ) | ORDER |
| WENDELL KNIGHT | ) | |

Pending before this court is the defendant's request for an accounting of "any and all bonds" involved in his criminal case. It appears the defendant wishes to settle and close some type of debt owed to the government.

The Clerk has forwarded the defendant's request to the Financial Litigation Unit of the United States Attorney's Office who will be able to calculate the balance owed on his account or pursuant to his judgment. There being no further action necessary from the court, the Clerk is directed to moot the defendant's motion for an accounting (ECF No. 54).

IT IS SO ORDERED.

March 6, 2012  
Columbia, South Carolina

Joseph F. Anderson, Jr.  
United States District Judge